UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC102(AKH)

JANETH MUNOZ, (AND HUSBAND, JAVIER MUNOZ),

08CV2665(AKH)

Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

100 CHURCH LLC, et al.,

Defendants.

   **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON ("MAYORE ESTATES/80 LAFAYETTE") for the building located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3 and Floors 1, 2, 3), New York, New York 10007**, in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 26, 2008

                                        Yours etc.,

                                        HARRIS BEACH PLLC
                                        *Attorneys for Defendant*
                                        **MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and 80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON**

                                        _____/s/_____
                                        Stanley Goos, Esq. (SG-7062)

100 Wall Street  
New York, NY  10005  
212 687-0100  
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 26, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Notice of Appearance (of Defendants Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, and 80 Lafayette Association LLC, As Tenants in Common.

Dated: April 26, 2008

>                     /s/
> Stanley Goos, Esq. (SG 7062)