UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE WORLD TRADE CENTER                               21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION
_____

JANETH MUNOZ, (AND HUSBAND, JAVIER MUNOZ),              08CV2665(AKH)

                                    Plaintiff(s),      **NOTICE OF APPEARANCE**

          -against-

100 CHURCH LLC, et al.,

                                    Defendants.
_____


    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a**

**SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future

correspondence and papers filed or serviced in connection with the above-captioned action are to

be directed to the undersigned.

Dated:     New York, New York
           May 14, 2008


                                    Yours etc.,

                                    HARRIS BEACH PLLC
                                    *Attorneys for Defendant*
                                    **100 CHURCH LLC and ZAR REALTY**
                                    **MANAGEMENT CORP. n/k/a SAPIR**
                                    **REALTY MANAGEMENT CORP.**


                                    _____/s/_____
                                    Stanley Goos, Esq. (SG-7062)
                                    100 Wall Street
                                    New York, NY  10005
                                    212 687-0100
                                    212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

      1.     100 Church and Zar Realty Management Corp. n/k/a Sapir Realty
Management Corp. Notice of Appearance


Dated: May 14, 2008




                                   /s/
                           Stanley Goos, Esq. (SG 7062)